IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **EVA MAE ADKINS, ETC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:11CV00031 |
| | ) | |
| v. | ) | **ORDER CERTIFYING CLASS** |
| | ) | |
| **EQT PRODUCTION COMPANY,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

Before the court are Objections of EQT Production Company to Report and Recommendations of the Magistrate Judge on the Motions for Class Certification (ECF No. 235) ("Objections by EQT"), and Objection to Report and Recommendation on Motions for Class Certification (ECF No. 236) ("Objection by Plaintiff"), which have been fully briefed and argued.  Based upon my de novo consideration of the matters to which the Objections were directed, it is **ORDERED** as follows:

    1.    The Objections by EQT are DENIED;

    2.    The Objection by Plaintiff is GRANTED;

    2.    The magistrate judge's Report and Recommendations (ECF No. 229) are ACCEPTED, except as to the breach of contract claim, and provided that the class definition is modified as set forth below herein;

3.     The Motion for Class Certification, Appointment of Class Counsel, and Appointment of Class Representative (ECF No. 168) is GRANTED and this action is hereby certified as a class action pursuant to Rules 23(a), 23(b)(2), and 23(b)(3) of the Federal Rules of Civil Procedure;

4.     The class certified (the "Class") is defined as follows:

Each person, or their successors-in-interest, who has been identified by EQT Production Company or its predecessors ("EQT") as the owner of gas and lessor of gas estate interests in a tract included in a coalbed methane gas ("CBM") unit operated by EQT in Buchanan, Dickenson, Lee, Russell, Scott, and/or Wise County, Virginia (and all other Virginia counties in which EQT opeates or has operated CBM wells or units), and whose ownership of the CBM attributable to that tract has been further identified by EQT as being in conflict with a person or persons identified by EQT as owning coal estate interests and not gas estate interests in the tract, according to filings made by EQT with the Virginia Gas and Oil Board ("the Board") and/or according to orders entered by the Board pursuant to EQT's filings.

The Class excludes (a) EQT; (b) any person who serves as a judge in this civil action and his or her spouse; (c) any gas estate owner who has entered into a written agreement with a purported coal estate owner settling alleged conflicting claims of CBM ownership between them, provided, however, that this exclusion does not extend to those interests or rights of any such gas estate interest owner regarding lands, CBM units, CBM royalties, and/or CBM proceeds that are not expressly covered and settled by any such settlement agreement; and (d)  any gas estate owner who has received a judicial determination of ownership regarding alleged conflicting claims of CBM ownership, provided, however, that this exclusion does not extend to those interests or rights of any such gas estate interest owner regarding lands, CBM units, CBM royalties, and/or CBM proceeds that are not expressly covered and settled by any such judicial determination.

5. In addition, there is a Subclass certified and identified as follows:

> Each person who is a member of the Class defined hereinabove and whose lease is silent as to the deduction of costs.

5. Julie A. Kiser is appointed as Class representative; and

6. The following law firms and lawyers are appointed jointly as Class counsel: Lieff Cabraser Heiman & Bernstein, LLP; Daniel Coker Horton & Bell, P.A.; Glubiak Law Office; Barrett Law Group, P.A.; and White Law Firm.

ENTER: September 30, 2013

/s/ James P. Jones
United States District Judge